**NOT FOR PUBLICATION**

FILED

AUG 25 2016



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANA ARACELY LIZAMA RIVAS, | No. 13-72713 |
| Petitioner, | Agency No. A099-725-664 |
| v. | |
| LORETTA E. LYNCH, Attorney General, | ORDER* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted June 8, 2016
Pasadena, California

Before: KOZINSKI, GOULD, and HURWITZ, Circuit Judges.

The parties jointly moved to remand to the Board of Immigration Appeals

(BIA) for administrative closure. The Joint Motion to Remand is GRANTED, and

petitioner's removal is stayed pending a decision by the BIA.

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.